**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| REID FRIEDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      v.<br><br>PENSON WORLDWIDE, INC., PHILIP A. PENDERGRAFT, and KEVIN W. MCALEER<br><br>                Defendants. | Civil Action No. 3:11-cv-02098-O |

**THE REVALONG CAPITAL LIMITED FUND'S MOTION**
**FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND**
**(2) APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Revalong Capital Limited Fund (the "Revalong Fund") respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order:  (1) appointing the Revalong Fund as Lead Plaintiff in the above-captioned action; (2) approving the Revalong Fund's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is based on this Motion, the accompanying Memorandum of Law and the Appendix and documents attached thereto, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, the Revalong Fund respectfully requests the Court to: (1) appoint the Revalong Fund as Lead Plaintiff pursuant to the PSLRA; (2) approve Faruqi &

Faruqi, LLP as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: October 24, 2011

                                                  Respectfully submitted,

**ROGER F. CLAXTON**

By: */s/ Roger F. Claxton*
      Roger F. Claxton
10000 N. Central Expressway
Suite 724
Dallas, Texas 75231-2351
Tel: 214-969-9029
Fax: 214-953-0583

**FARUQI & FARUQI, LLP**
Richard W. Gonnello
Juan E. Monteverde
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: rgonnello@faruqilaw.com
       jmonteverde@faruqilaw.com

*Attorneys for the Revalong Capital Limited Fund*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of October, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the  attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

  **Kaplan Fox & Kilsheimer LLP**
  Jeffrey P. Campisi
  850 Third Avenue, 14th Floor
  New York, NY 10022
  Phone: 212-687-1980
  Fax: 212-687-7714
  jcampisi@kaplanfox.com

  **Kaplan Fox & Kilsheimer LLP**
  Laurence D. King
  350 Sansome Street, Suite 400
  San Francisco, CA 94104
  Phone: 415-772-4700
  Fax: 415-772-4707
  lking@kaplanfox.com

  **Schneider Wallace Cottrell Brayton Konecky LLP**
  Peter Schneider
  3700 Buffalo Speedway #1100
  Houston, TX 77098
  Phone: 713 338-2560
  Fax: 866-505-8036
  pschneider@schneiderwallace.com

            */s/ Roger F. Claxton*